COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     J.B. v. The State of Texas for the Best Interest and Protection of J.B

Appellate case number:   01-19-00037-CV

Trial court case number:   I262843

Trial court:             Probate Court No. 3 of Harris County

This is an appeal from an order to administer psychoactive medication. *See* TEX. HEALTH & SAFETY CODE ANN. §§ 574.106, 574.108. The trial court has appointed Tom Zakes to represent appellant, and appointed counsel signed the notice of appeal filed in this proceeding. *See id.* § 574.105(1); *see also* TEX. R. APP. P. 6.1(a). Appellant has not filed a brief or otherwise responded to this Court's late-brief notice, issued on March 7, 2019.

**Accordingly, appellant's brief is due to be filed no later than 10 days from the date of this order. If a brief is not filed as directed, we may abate this appeal and remand the case to the trial court to determine whether appellant wishes to pursue his appeal and whether substitute counsel should be appointed to represent appellant on appeal.**

It is so ORDERED.

Judge's signature: /s/ Julie Countiss
               ☑ Acting Individually      ☐ Acting for the Court


Date:    March 28, 2019

1